96 A.3d 988

Wayne HARRISON; Mary Harrison

v.

CABOT OIL & GAS CORPORATION

Petition of United States Court of
Appeals for the Third Circuit.

No. 61 MM 2014.

Supreme Court of Pennsylvania.

July 16, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of July, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED.** This Court shall consider the following issue:

When an oil and gas lessor files an unsuccessful lawsuit to invalidate a lease, is the lessee entitled to an equitable extension of the primary lease term equal to the length of time the lawsuit was pending?

The Prothonotary shall set a briefing schedule, and the matter shall be submitted on the briefs.